# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNIVERSITY SPORTS PUBLICATIONS CO., INC.

-v-

PLAYMAKERS MEDIA CO.; TERRY COLUMBUS; SHANE PITTA and DARNELL GENTLES

Defendant.

Case No.

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

University Sports Publications Co., Inc.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

University Sports Publications Co., Inc. has no publicly held corporate parents, affiliates, or subsidiaries.

**Date:** September 25, 2009

Signature of Attorney

**Attorney Bar Code:** KW 4141

Form Rule7_1.pdf  SDNY Web 10/2007