UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
UNIVERSITY SPORTS PUBLICATIONS CO., :
INC.,                               :  ECF Case
                                    :
            Plaintiff,              :  Index No. 09 CV 8206 (RJH) (DF)
                                    :
   vs.                              :
                                    :
PLAYMAKERS MEDIA CO.; TERRY         :
COLUMBUS; SHANE PITTA and DARNELL   :
GENTLES                             :
                                    :
            Defendants.             :
------------------------------------X

**PLAINTIFF'S NOTICE OF MOTION FOR SANCTIONS**

TO:   THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Mr. Geoffrey H. Coll and the accompanying Memorandum of Law in support of this motion, plaintiff University Sports Publications Co., Inc. ("USP"), will move this Court before the Honorable Debra Freeman for an order, pursuant to Fed. R. Civ. P. 37 and the inherent authority of this Court sanctioning defendants Playmakers Media Corporation ("Playmakers"), Terry Columbus, Shane Pitta, and Darnell Gentles.

**PLEASE TAKE FUTHER NOTICE** that this Notice is intended solely as a summary of the relief sought in the Memorandum of Law and Declaration of Geoffrey H. Coll (together the "Moving Papers") in support of the motion. A copy of the Moving Papers will be served upon all counsel of record.

Dated: December 6, 2010

DEWEY & LEBOEUF LLP

By: _____
Christopher J. Clark
Kevin C. Wallace
1301 Avenue of the Americas
New York, NY 10019-5389
Tel. (212) 259-8000
Fax (212) 259-6333

Geoffrey H. Coll
1101 New York Avenue, N.W., Suite 1100
Washington, D.C. 20005
Tel. (202) 346-8146
Fax (202) 956-3342

Attorneys for Plaintiff